UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Cause No. 3:15-CR-50-RLM |
| | ) | |
| SCHUYLER STANTON | ) | |

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty on July 28, 2015. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 6), ACCEPTS defendant Schuyler Stanton's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED: August 17, 2015

/s/ Robert L. Miller, Jr.
Judge
United States District Court